UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HUGH BRENNAN III; DOUGLAS ALBERT DYER; AND BROAD STREET VENTURES, LLC,<br><br>Defendants,<br><br>and<br><br>CAROLE JOHNSTON BRENNAN; ALISON F. DYER,<br><br>Relief Defendants. | CIVIL ACTION FILE NO. 1:16-cv-307-TRM-SKL |

## ORDER

The U.S. Securities and Exchange Commission's Motion To Set Disgorgement, Prejudgment Interest and Civil Penalties for Defendants James Hugh Brennan III, Douglas Albert Dyer and Broad Street Ventures, LLC, having

8

been read and considered, and good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants James Hugh Brennan III, Douglas Albert Dyer and Broad Street Ventures, LLC shall pay, jointly and severally, disgorgement and prejudgment interest of $4,942,070.18. Said disgorgement and prejudgment interest shall be offset by an amount equal to the amount of restitution ordered to be paid in the Order of Restitution entered in *U.S. v Brennan, et al.*, Case No. 1:17-cr-00053 (E.D. Tenn.) on October 4, 2017.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that no civil penalties shall be imposed against any of the Defendants.

Dated: February 15, 2018.

_____
TRAVIS R. McDONOUGH
UNITED STATES DISTRICT JUDGE

Submitted by:
Robert F. Schroeder

9

Case 1:16-cv-00307-TRM-SKL   Document 188   Filed 02/20/18   Page 2 of 2   PageID #: 1612